MARY BAKER, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and CHARLES BAKER et al., Respondents.

*Baker* v. *Metropolitan Life Ins. Co.*, 111 App. Div. 500, affirmed.
(Argued January 22, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1906, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to recover on a policy of life insurance.

*John McG. Goodale* for appellant.

*Leonard J. Langbein* and *Willian J. Boyhan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.